

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2013

No. 04-13-00134-CV

Fred **BEEBE**,
Appellant

v.

**CITY OF SAN ANTONIO** Through its Agent City Public Service Board of San Antonio d/b/a
CPS Energy,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-08789
Honorable Martha Tanner, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, the cause is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on June 5, 2013.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2013.

_____
Keith E. Hottle, Clerk